**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IVAN WHITAKER, | |
| Plaintiff, | |
| v. | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

IVAN WHITAKER ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in and conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Covington, Newton County Georgia.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a company located in San Diego, California.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant placed four (4) five (5) collection calls a day during the month of January, 2011.

13. Defendant calls Plaintiff from private telephone numbers on his cellular telephone at 678-342-3018. Plaintiff picks up the telephone when Defendant calls.

14. Defendant threatened to file a lawsuit against Plaintiff. Defendant told Plaintiff: "be prepared to go to court" and "you will be hearing from our lawyer".

15. Defendant threatened to garnish Plaintiff's wages.

## COUNT I

**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing the telephone to ring or engaged any person in telephone conversations repeatedly.

    c. Defendant violated *§1692e(4)* of the FDCPA by threatening Plaintiff that non-payment of the debt would result in wage garnishment.

    d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff when Defendant cannot legally be taken or that is not intended to be taken.

WHEREFORE, Plaintiff, IVAN WHITAKER, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

19. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  April 13, 2011          KROHN & MOSS, LTD.

By:  /s/  Shireen Hormozdi
    Shireen Hormozdi
    Attorney at Law
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd.
    Suite 401
    Los Angeles, CA 90025
    Tel: (323) 988-2400 x 267
    Fax: (866) 861-1390
    Email: shormozdi@consumerlawcenter.com

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, IVAN WHITAKER, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF GEORGIA)

Plaintiff, IVAN WHITAKER, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, IVAN WHITAKER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

4-13-2011
Date

IVAN WHITAKER